UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN L. FRIDAY,

          Petitioner,          Case No. 1:08cv564

v.          Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

          Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 8, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 8, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for a re-evaluation of plaintiff's mental condition since January 2005, and, if necessary, a re-evaluation of her ability to perform her past relevant work.

          /s/ Robert J. Jonker
          ROBERT J. JONKER
          UNITED STATES DISTRICT JUDGE

DATED: July 10, 2009.